IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PERRY LEE JACKSON, JR.                                                                    PLAINTIFF
ADC #90614

V.                                          NO.  5:07cv00066 SWW

SHARMON TYLER, et al                                                                    DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, with prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order, and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 26th day of November 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE